IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RODNEY SCOTT PORTA                                                                           PLAINTIFF

v.                          Case No. 2:16-CV-02074-PKH-MEF

MARC MCCUNE   and                                                                         DEFENDANTS
JUDGE GARY COTTRELL


## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 21st day of November, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE